UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 1:21-cr-02 |
| | ) | 4:20-mj-116 |
| v. | ) | |
| | ) | |
| WIHLY HARPO-BROWN | ) | |

## ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to the Government's motion to seal Exhibit A to its response to the Court's Order of February 2, 2021, the Government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibit A with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this 12th day of February 2021.

_____
**CHRISTOPHER L. RAY**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**