**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:21-cr-2 (MTT)** |
| | ) | |
| **WIHLY HARPO-BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Pursuant to the Court's September 2, 2021 Order, the Court has reviewed

Defendant Harpo-Brown's initial presentence investigation report (Doc. 89) to determine

whether the report contains sensitive information. The Court has redacted sensitive

information from the initial presentence investigation report. The redacted version of the

initial presentence investigation report shall be filed with access restricted to the parties.

The Clerk is directed to send Harpo-Brown a copy of the redacted presentence

investigation report. The envelope shall be marked "confidential legal mail."  The Court

asks that standby counsel meet with Harpo-Brown to allow him to review the

unredacted presentence investigation report.

**SO ORDERED**, this 29th day of September, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
*Sitting by Designation*