IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **WIHLY HARPO-BROWN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:21-cr-002 (MTT) |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying Petitioner Wihly Harpo-Brown's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 (ECF 147). ECF 159. The Magistrate Judge also recommends that the Court deny a certificate of appealability. *Id*. The Petitioner submitted a "General Objection" to the Recommendation.[1] ECF 161. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Recommendation, considered the Petitioner's objection, and has made a de novo determination of the portions of the Recommendation to which the Petitioner objects. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (ECF 159) is **ADOPTED** and made the order of the Court. Accordingly, the Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF 147) is **DENIED**, and a certificate of appealability is also **DENIED**.

---

[1] The Petitioner's objection principally requests additional time to research and file a more detailed objection on a later date. ECF 161. The Magistrate Judge afforded the Petitioner additional time, but the Petitioner did not file an additional objection. ECF 163.

-2-

**SO ORDERED**, this 30th day of October, 2025.

                                          <u>S/ Marc T. Treadwell</u>
                                          MARC T. TREADWELL, JUDGE
                                          UNITED STATES DISTRICT COURT
                                          MIDDLE DISTRICT OF GEORGIA
                                          *Sitting by Designation*